No. 82–5108.   PUGH v. JONES.   C. A. 2d Cir.   Certiorari denied.

No. 82–5175.   JOHNSON v. CLAWSON.   C. A. 4th Cir. Certiorari denied.

No. 82–5185.   BRYANT v. NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 82–5186.   SARACHO v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 82–5190.   WENDT v. MACDOUGALL.   C. A. 9th Cir. Certiorari denied.

No. 82–5194.   CLINGER ET AL. v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 82–5197.   SERE ET AL. v. GROUP HOSPITALIZATION, INC., ET AL.   Ct. App. D. C.   Certiorari denied.

No. 82–5202.   BORRELLI v. CUYLER.   C. A. 3d Cir.   Certiorari denied.

No. 82–5207.   PELCZARSKI v. FRIEDLAND ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 82–5209.   BUCHANAN v. JEFFERSON COUNTY ET AL. C. A. 6th Cir.   Certiorari denied.

No. 82–5213.   MITCHELL v. MAGGIO, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 82–5214.   MCFALL v. PARKE ET AL.   C. A. 6th Cir. Certiorari denied.

No. 82–5217.   DOWLEARN v. LOUISIANA.   Sup. Ct. La. Certiorari denied.